**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC.; ALIBABA.COM US E-COMMERCE CORP.; ALIBABA.COM SINGAPORE ECOMMERCE PRIVATE LIMITED; ALIEXPRESS E-COMMERCE ONE PTE. LTD.; ALIEXPRESS INTERNATIONAL (UNITED STATES) CORPORATION; and DOES 1-10,<br><br>Defendants. | Case No.: 1:26-cv-07466-PAE |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elvira Belle Borovik, hereby move this Court for an Order for admission to practice *Pro Hoc Vice* to appear as counsel for the Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., and AliExpress International (United States) Corporation (collectively "Alibaba") in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 12, 2026

Respectfully submitted,

**ROBINS KAPLAN LLP**

By: *_/s/ Elvira Belle Borovik_*

Elvira Belle Borovik (*pro hac vice* pending)
555 Twin Dolphin Drive, Suite 310
Redwood City, CA 94065
Tel.: (650) 784-4040
Fax: (650) 784-4041
Email: BBorovik@robinskaplan.com

Nishi A. Tavernier
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Tel: (212) 980-7400
Fax: (212) 980-7499
Email: NTavernier@robinskaplan.com

*Attorneys for Defendants*
*Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., and AliExpress International (United States) Corporation*