**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,

Plaintiff,

v.

ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC.; ALIBABA.COM US E-COMMERCE CORP.; ALIBABA.COM SINGAPORE ECOMMERCE PRIVATE LIMITED; ALIEXPRESS E-COMMERCE ONE PTE. LTD.; ALIEXPRESS INTERNATIONAL (UNITED STATES) CORPORATION; and DOES 1-10,

Defendants.

Case No.: 1:26-cv-07466-PAE

**AFFIDAVIT OF ELVIRA BELLE BOROVIK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

Elvira Belle Borovik, being duly sworn, deposes and states:

1. I submit this affidavit in support of my Motion for Admission Pro Hac Vice to the Southern District of New York for the purpose of participating in the above captioned case on behalf of Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., and AliExpress International (United States) Corporation.

2. I am a member in good standing of the Bar of California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 2, 2026

Respectfully submitted,

**ROBINS KAPLAN LLP**

By: ________________________

Elvira Belle Borovik (*pro hac vice* pending)
555 Twin Dolphin Drive, Suite 310
Redwood City, CA 94065
Tel.: (650) 784-4040
Fax: (650) 784-4041
Email: BBorovik@robinskaplan.com

*Attorneys for Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., and AliExpress International (United States) Corporation*

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

STATE OF CALIFORNIA )
)
COUNTY OF ~~LOS ANGELES~~ San Francisco

Subscribed and sworn to before me on this 2nd day of October, 2026, by Elvira Belle Borovik, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ________________________, Notary Public

MATT G. MILLER
Comm. #2517976-Mfr. #NNA1
Notary Public
CALIFORNIA
San Francisco County
My Comm. Exp. May 18, 2029



97601641.1