Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

***ELVIRA BELLE BOROVIK***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ELVIRA BELLE BOROVIK, #338821 was on the 18th day of October 2021 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 12th day of November 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:____________________
*Xuefen Zheng, Deputy Clerk*