UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC.; ALIBABA.COM US E-COMMERCE CORP.; ALIBABA.COM SINGAPORE ECOMMERCE PRIVATE LIMITED; ALIEXPRESS E-COMMERCE ONE PTE. LTD.; ALIEXPRESS INTERNATIONAL (UNITED STATES) CORPORATION; and DOES 1-10,<br><br>Defendants. | Case No. 1:26-cv-07466-PAE |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Elvira Belle Borovik, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California (Bar No. 338821); and that his contact information is as follows:

| | |
|---|---|
| **Applicant's Name:** | **Elvira Belle Borovik** |
| **Firm Name:** | **Robins Kaplan LLP** |
| **Address:** | **555 Twin Dolphin Drive, Suite 310** |
| **City/State/Zip:** | **Redwood City, CA 94065** |
| **Tel.:** | **(650) 784-4040** |
| **Fax:** | **(650) 784-4041** |
| **Email:** | **BBorovik@RobinsKaplan.com** |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., and AliExpress International (United States) Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November ____, 2026

_______________________________
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE