ROBINS KAPLAN LLP

2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

310.552.0130 TEL
310.229-5800 FAX
ROBINSKAPLAN.COM

DAVID MARTINEZ
PARTNER
MEMBER OF THE EXECUTIVE BOARD
DMARTINEZ@ROBINSKAPLAN.COM

November 20, 2026

***Via ECF***

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

**Re: *Tara Mapes d/b/a Tara Mapes Photography v. Alibaba Group Holding Limited, et al.***
**USDC, Southern District of New York Case No. 1:26-cv-07466-PAE**
**Request for Briefing Schedule**

Dear Judge Engelmayer:

We represent Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., AliExpress International (United States) Corporation, and Alibaba.com US E-Commerce Corp. (collectively, "Defendants").[1] We respectfully request that the Court establish the following briefing schedule for Defendants' motion to dismiss under Rule 12(b)(6), due to be filed on December 1, 2026[2]:

| Filing | Proposed Deadlines |
|---|---|
| Motion to Dismiss | December 1, 2026 |
| Opposition or Amended Complaint | January 8, 2027 |
| Reply or Response to Amended Complaint | January 29, 2027 |

[1] Defendants AliExpress Ecommerce One Private Limited and Alibaba.com Singapore Ecommerce Limited have not been served. Plaintiff indicated in September that service was in progress but has declined to respond to further inquiries regarding service since then. We understand that Ms. Dayna Cooper will appear on behalf of served Defendant Alibaba Group (U.S.) Inc., at which time undersigned counsel will withdraw as counsel for that entity. Her appearance will not affect these proposed deadlines.

[2] Defendants previously requested by letter brief consolidation of the deadline to respond to the Complaint for December 1, 2026 given the differing service dates for different defendants, including Alibaba Holdings' waiver of international service. *See* ECF 27 and 29 (letter and Order).

Plaintiff does not consent.

Defendants first raised the issue of a briefing schedule with Plaintiff's counsel on September 29, 2026, and renewed their request on November 10. After multiple further exchanges, Plaintiff's counsel declined to agree, insisting on 21 days for the opposition (December 22) while requiring defense counsel to brief the reply over the holidays (January 5).

Defendants understand the Court's practice is to allow 21 days for opposition and 14 days for reply. *See, e.g., Bohn v. City of New York*, No. 24-cv-9283 (PAE), ECF No. 25 (May 5, 2025). The Court's Individual Rules also contemplate that a plaintiff may elect to amend its complaint within 21 days of a motion to dismiss, after which defendants have 21 days to respond. *See* Individual Rules and Practices in Civil Cases § 3(B).

Defendants' proposed schedule is consistent with these practices while accommodating the intervening holidays and the complexity of Plaintiff's complaint and the issues that Defendants will be present for briefing. The motion will address a 44-page, 282-paragraph complaint asserting seven causes of action involving 116 photographs and six legally distinct corporate entities. Preparing the reply or responding to an amended complaint will require coordination with corporate personnel for different defendants, including personnel located abroad. Further, undersigned lead counsel for Defendants will be out on leave from December 23 through January 4. Requiring that work to be completed during the holidays during which counsel and the parties will take family vacations would impose an unnecessary burden.

The requested schedule is modest, would complete briefing in January, and would not prejudice Plaintiff. Indeed, Plaintiff would receive additional time to prepare its opposition or determine whether to amend its Complaint. Defendants alternatively request that the Court at a minimum grant Defendants an additional eight days for the reply, through January 13, 2027, so that Defendants can avoid briefing these issues over the holidays.

For these reasons, Defendants respectfully request that the Court adopt the proposed schedule.

Respectfully submitted,

ROBINS KAPLAN LLP

David Martinez
Counsel for Defendants

cc: Counsel of Record via ECF