**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-07466 (PAE)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Dayna C. Cooper hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Alibaba.com US E-Commerce Corp. in the above-captioned action.

Applicant previously obtained admission *pro hac vice* on November 17, 2026 (ECF No. 33), identifying Alibaba.com Singapore E-Commerce Private Limited as the represented defendant. Due to a misunderstanding regarding representation, Applicant now seeks admission on behalf of Alibaba.com US E-Commerce Corp. only. Applicant has not entered an appearance on behalf of the Singapore entity and will separately move to withdraw her prior *pro hac vice* admission as it relates to that entity.

I am in good standing of the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

**[SIGNATURE PAGE FOLLOWS]**

Dated: November 20, 2026

Respectfully Submitted,

*/s/ Dayna C. Cooper*

Dayna C. Cooper
Cooper Legal, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
(202) 642.5470
dayna@cooperlegalsolutions.com