**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,

Plaintiff,

v.

ALIBABA GROUP HOLDING LIMITED, et al.,

Defendants.

Civil Action No. 1:26-cv-07466 (PAE)

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, Dayna C. Cooper, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Cooper Legal, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.
4. I have never been convicted of a felony.
5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
6. There are no disciplinary proceedings pending against me.
7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this action on behalf of Defendant Alibaba.com US E-Commerce Corp.

**[SIGNATURE PAGE FOLLOWS]**

Dated: November 20, 2026

Respectfully Submitted,

STATE OF GEORGIA NOTARY PUBLIC
CHRISTY E RODRIGUEZ
Notary Public, Georgia
Butts County
My Commission Expires
March 23, 2027

Dayna C. Cooper, Esq.
Cooper Legal, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
(202) 642.5470
dayna@cooperlegalsolutions.com