**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-07466 (PAE)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Dayna C. Cooper, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Maryland and District of Columbia; and that her contact information is as follows:

Applicant's Name: Dayna C. Cooper
Firm Name: Cooper Legal, LLC
Address: 1 Olympic Pl, Suite 900
City/ State/ Zip: Towson, MD 21204
Telephone: (202) 642.5470

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant ALIBABA.COM US E-COMMERCE CORP. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 23, 2026

Paul A. Engelmayer
Paul Adam Engelmayer
United States District Judge