**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TARA MAPES, d/b/a TARA MAPES PHOTOGRAPHY,

*Plaintiff*,

v.

ALIBABA GROUP HOLDING LIMITED, et al.,

*Defendants*.

Civil Action No. 1:26-cv-07466 (PAE)

**ORDER**

Applicant, Dayna C. Cooper's Motion to Withdraw *Pro Hac Vice* Admission as to Alibaba.com Singapore E-Commerce Private Limited is **GRANTED**.

The Court's November 17, 2026 Order (ECF No. 33) is modified insofar as it identifies Applicant as counsel for Alibaba.com Singapore E-Commerce Private Limited. Applicant's prior *pro hac vice* application and resulting admission shall not, standing alone, constitute an appearance on behalf of Alibaba.com Singapore E-Commerce Private Limited, acceptance of service of process, or waiver of that entity's objections to service or other available defenses.

**SO ORDERED**.

Dated: November 23, 2026

Paul A. Engelmayer

Hon. Paul A. Engelmayer
United States District Judge